**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 7 2012

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

William Adams 17075l

(Enter above the full name and prisoner
identification number of the plaintiff.)

-vs-

Mike Michael

1:12-CV-3386

(Enter above the full name of the defendant(s).)

I.  **Previous Lawsuits**

A.  Have you begun other lawsuits in state or federal court dealing with (1) the same
facts involved in this action, or (2) otherwise relating to your imprisonment?

Yes ( )     No (✓)

B.  If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell
us whether the "old" case involves the same facts or other issues. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

1.  Parties to this previous lawsuit:

Plaintiff(s):  None

Defendant(s):  None

2.  Court (if federal court, name the district; if state court, name the county):
None

3.  Docket Number:

**I.    Previous Lawsuits (Cont'd)**

4.    Name of judge to whom case was assigned: *Judge Nathan Night*

5.    Did the previous case involve the same facts?

Yes ( )        No ( )

6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
*Yes*

7.    Approximate date of filing lawsuit: *August 21st 2009*

8.    Approximate date of disposition: _____

**II.    Exhaustion of Administrative Remedies**
A.    Place of Present Confinement: *Phillips State Prison*

B.    Is there a prisoner grievance procedure in this institution?
Yes ( )        No ( )

C.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )        No ( )

D.    If your answer is YES:
1.    What steps did you take and what were the results?
*They fired the officer*
_____
_____
_____

2.    If your answer is NO, explain why not: _____
_____

**III.    Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff(s): _____
_____
_____
_____

**III.    Parties (Cont'd)**

Address(es):    _____

_____

_____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Do the same for each additional defendant, if any.)

**B.    Defendant(s):**    _____

_____

_____

Employed as    _____

_____

·at    _____

_____

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I was getting off off the bus like the officer told me to. Then the officer pushed me off off the bus for no reason.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IV.   **Statement of Claim (Cont'd)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____


V.    **Relief**
      State briefly exactly what you want the Court to do for you.  **Make no legal arguments.**
      **Cite no cases or statutes.**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## V.    Relief (Cont'd)

_____

_____    _____

_____    _____

_____

_____

_____

_____

_____

_____

Signed this _9th_ day of _September_ , _2012_

X _Will ADAMS_
/Signature of Plaintiff

STATE OF _Georgia_
COUNTY (CITY) OF _Jackson, GA Butts County_

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON _____
              (Date)

X _Will ADAMS_
Signature of Plaintiff